IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIE KELLY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-4441 |
| | : | |
| **HORIZON HOUSE, INC.** | : | |

## ORDER

**AND NOW**, this 18th day of September 2023, upon considering the parties' letter reporting they have resolved the above-captioned matter (DI 20), it is **ORDERED**:

1.  The action is **DISMISSED** pursuant to Local Rule 41.1(b); and,

2.  The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**